**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 12, 2013

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 13-4794,     US v. Timothy Donahue
               3:12-cr-00013-MOC-DCK-3

TO:     David Grant Belser

REQUESTED FORM(S) DUE:  November 15, 2013

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site. Noncompliance with the court's filing requirements will lead to initiation of disciplinary proceedings pursuant to Local Rule 46(g) and will result in dismissal as to appellant pursuant to Local Rule 45.

---

[X] [Docketing statement - Criminal](#) or [Docketing statement - Civil or Agency](#)

---

[X] [Appearance of counsel](#) [eFiler status required]


RJ Warren, Deputy Clerk
804-916-2702