IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No: 13-4794

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | MOTION TO EXTEND |
| V. | ) | TIME TO FILE BRIEF |
| | ) | AND JOINT APPENDIX |
| TIMOTHY JAMES DONAHUE | ) | |
| _____ | ) | |

NOW COMES the defendant, TIMOTHY JAMES DONAHUE, by and through undersigned counsel, David Belser, and respectfully requests that the Court extend the time for filing the Opening brief and Appendix. In support thereof, the appellant shows the following:

1. The appellant's opening brief and Joint Appendix are due on May 5, 2014.

2. The trial transcript consists of six (6) volumes totaling over 1225 pages, and the sentencing transcript is 72 pages long.

3. Undersigned counsel was not trial counsel and thus is unfamiliar with the case.

4. Due to a heavy caseload, including four (4) court appointed capital post conviction cases, counsel needs additional time in which to prepare the brief.

5. Counsel had a recent heart attack and is still recovery and is not back to work full time.

AUSA Amy Ray has no objection to this motion.

WHEREFORE, the defendant respectfully prays this Court to extend the time in which to file the Opening brief and Appendix for 30 days.

Respectfully submitted,

This the 2nd day of May, 2014.

_____
s/ David Belser

Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com

CERTIFICATE OF SERVICE

I, David Belser, certify that I caused the forgoing Motion to Extend to be served this day on

Assistant United States Attorney Amy Ray, electronically through ECF.

This the 2nd day of May, 2014.
_____
s/ David Belser
Bar #: 10631
Attorney for Defendant
Belser Law Firm, PLLC
17 North Market Street, Suite 2
Asheville, NC 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com