FILED: September 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4794

(3:12-cr-00013-MOC-DCK-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

TIMOTHY JAMES DONAHUE

       Defendant - Appellant

_____

O R D E R

_____

Appellant has requested a final extension of time to October 8, 2014, to file the opening brief and joint appendix in this case.

The court defers consideration of appellant's final request for an extension pending filing of the opening brief and joint appendix on or before October 8, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk