FILED:  October 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-4794
(3:12-cr-00013-MOC-DCK-3)

———————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

TIMOTHY JAMES DONAHUE

        Defendant - Appellant

———————————

O R D E R

———————————

    Appellant has requested a final extension of time to October 18, 2014, to file the opening brief and joint appendix in this case.

    The court defers consideration of appellant's final request for an extension pending filing of the opening brief and joint appendix on or before October 18, 2014.

            For the Court--By Direction

            /s/ Patricia S. Connor, Clerk