FILED: October 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4794

(3:12-cr-00013-MOC-DCK-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TIMOTHY JAMES DONAHUE

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to defer consideration of the motion to extend filing time pending filing of the opening brief and joint appendix on or before October 24, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk